

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-262-1H

UNITED STATES OF AMERICA )
)
v. )
)
JOSE FELIX MARTINEZ DE LA CRUZ )

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Consent to Forfeiture and Memorandum of Plea Agreement entered into by the defendant on July 7, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violations of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), to wit:

A Keltec, model P3ATm, 380 caliber pistol, serial number JHB13; Iver Johnson, model 55SA, .38 caliber revolver, serial number G34909; F.I.E. Titan, .25 caliber pistol, serial number A01511; Remington, model 1100, 12 gauge shotgun, serial number R068453V; fifty (50) rounds of Remington .32 caliber ammunition; six (6) rounds of CCI Blazer .380 caliber ammunition, nineteen (19) rounds of Remington .25 caliber ammunition; twenty-six (26) rounds of Winchester .40 caliber ammunition; fifty (50) rounds of Winchester .38 caliber

1

ammunition, and any and all accompanying ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant JOSE FELIX MARTINEZ DE LA CRUZ, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 7th day of July, 2015.

MALCOLM J. HOWARD
Senior United States District Judge

2

Case 5:14-cr-00262-H   Document 41   Filed 07/07/15   Page 2 of 2